

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

43448

Morton & Craig LLC
William E. Craig, Esquire
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for Santander Consumer USA Inc., dba Chrysler Capital

In Re:

DEBORAH L. BITLER
ROBERT J. BITLER

Order Filed on March 10, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 15-22801

Adv. No.

Hearing Date: 1-24-17

Judge: (ABA)

# ORDER FOR MONTHLY PAYMENTS, STAY RELIEF UNDER CERTAIN CIRCUMSTANCES, COUNSEL FEES, AND INSURANCE

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: March 10, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor: Deborah & Robert Bitler
Case No: 15-22801
Caption of Order:  Order for monthly payments, stay relief under certain circumstances, counsel fees, and insurance.

This matter having brought before this Court on a Motion For Stay Relief filed by John R. Morton, Jr., Esq., attorney for Santander Consumer USA Inc., dba Chrysler Capital ("Santander"), with the appearance of David James, Esq. on behalf of the Debtors, and this Order having been filed with the Court and served upon the Debtor and their attorney under the seven day rule with no objections having been received as to the form or entry of the Order and for good cause shown, it is hereby

**ORDERED:**

1. **That Santander Consumer USA Inc. dba Chrysler Capital ("Santander") is the holder of a first purchase money security interest encumbering 2010 Chrysler Town & Country bearing vehicle identification number 2A4RR5D14AR126604.**
2. **That commencing February 2017, the Debtors are to resume making regular monthly payments directly to Santander in accordance with the terms of the loan agreement.  If the Debtors fail to make any payment within thirty (30) days after a payment falls due (being the 11th day of each month), Santander shall be entitled to stay relief upon filing a certification with the Court and serving it on the Debtors, their attorney, and the Chapter 13 Trustee.**
3. **That the Debtors must maintain insurance on the vehicle.  The vehicle must have full comprehensive and collision coverage with deductibles not exceeding $500.00 each.  Santander Consumer USA must be listed as loss payee.  If the Debtors fail to maintain valid insurance on the vehicle, Santander shall be entitled to stay relief upon filing a certification that insurance has lapsed and serving such certification on the Debtors, their attorney, and the Chapter 13 Trustee.**

**(Page 3)**

Debtor: Deborah & Robert Bitler

Case No: 15-22801

Caption of Order:  Order for monthly payments, stay relief under certain circumstances, counsel fees, and insurance.

4. **That the Debtors are to pay a counsel fee of $431.00 to Santander Consumer USA Inc. through their chapter 13 plan.**