| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **OFFICE OF THE CHAPTER 13 STANDING TRUSTEE**<br>**Jane L. McDonald, Esquire**<br>**Cherry Tree Corporate Center**<br>**535 Route 38, Suite 580**<br>**Cherry Hill, NJ 08002**<br>**(856) 663-5002** | Order Filed on November 28, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| | Case No.   15-22801 (ABA) |
| | Hearing Date: November 14,<br>        2017 at 10:00 a.m. |
| In Re:   DEBORAH L. BITLER<br>        ROBERT J. BITLER<br>                    Debtor(s) | Judge: Andrew B. Altenburg, Jr. |

**ORDER MODIFYING DEBTORS' CHAPTER 13 PLAN**
**PURSUANT TO 11 U.S.C. §1329(a)(1)**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: November 28, 2017**

_____
Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**Page ( 2)**

Debtor:      DEBORAH L. BITLER AND ROBERT J. BITLER

Case No:    15-22801 (ABA)

**ORDER MODIFYING DEBTORS' CHAPTER 13 PLAN PURSUANT TO 11 U.S.C. §1329(a)(1)**

**THIS MATTER** having been opened to the Court by Isabel C. Balboa, the Chapter 13 Standing Trustee, on a Motion to Modify Debtors' Chapter 13 Plan Pursuant to 11 U.S.C. §1329(a)(1) and further certifying that the copies of the Motion and this Order were served upon Debtor(s) and his/her/their attorney, if any, and good cause appearing;

**IT IS ORDERED** that the Chapter 13 Standing Trustee is hereby permitted to file a Modified Chapter 13 Plan pursuant to 11 U.S.C. §1329(a)(1) to pay an increased dividend to unsecured creditors who filed timely claims.