UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**OFFICE OF THE CHAPTER 13 STANDING TRUSTEE**
**Jane L. McDonald, Esquire**
**Cherry Tree Corporate Center**
**535 Route 38, Suite 580**
**Cherry Hill, NJ 08002**
**(856) 663-5002**

In Re: DEBORAH L. BITLER
ROBERT J. BITLER
   Debtor(s)

Order Filed on November 28, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 15-22801 (ABA)

Hearing Date: November 14, 2017 at 10:00 a.m.

Judge: Andrew B. Altenburg, Jr.

**ORDER MODIFYING DEBTORS' CHAPTER 13 PLAN
PURSUANT TO 11 U.S.C. §1329(a)(1)**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: November 28, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page ( 2 )

Debtor: DEBORAH L. BITLER AND ROBERT J. BITLER

Case No: 15-22801 (ABA)

**ORDER MODIFYING DEBTORS' CHAPTER 13 PLAN PURSUANT TO 11 U.S.C. §1329(a)(1)**

**THIS MATTER** having been opened to the Court by Isabel C. Balboa, the Chapter 13 Standing Trustee, on a Motion to Modify Debtors' Chapter 13 Plan Pursuant to 11 U.S.C. §1329(a)(1) and further certifying that the copies of the Motion and this Order were served upon Debtor(s) and his/her/their attorney, if any, and good cause appearing;

**IT IS ORDERED** that the Chapter 13 Standing Trustee is hereby permitted to file a Modified Chapter 13 Plan pursuant to 11 U.S.C. §1329(a)(1) to pay an increased dividend to unsecured creditors who filed timely claims.

United States Bankruptcy Court
District of New Jersey

In re:  
Deborah L Bitler  
Robert J Bitler  
       Debtors

Case No. 15-22801-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1   User: admin   Page 1 of 1   Date Rcvd: Nov 28, 2017  
                  Form ID: pdf903   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 30, 2017.  
db/jdb        Deborah L Bitler,   Robert J Bitler,   408 Manor Avenue,   Oaklyn, NJ  08107-2420

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                        TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 30, 2017                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 28, 2017 at the address(es) listed below:

        Charles G. Wohlrab    on behalf of Creditor    The Bank of New York, Mellon, as Trustee for FIRST HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2007-FA3 cwohlrab@logs.com, njbankruptcynotifications@logs.com  
        David H. James    on behalf of Debtor Deborah L Bitler jameslaw.1@netzero.net  
        David H. James    on behalf of Joint Debtor Robert J Bitler jameslaw.1@netzero.net  
        Denise E. Carlon    on behalf of Creditor    The Bank of New York, Mellon, Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
        Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
        Jane L. McDonald    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com  
        John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA Inc., dba Chrysler Capital ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
        Joshua I. Goldman    on behalf of Creditor    Residential Credit Solutions, Inc. jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Joshua I. Goldman    on behalf of Creditor    The Bank of New York, Mellon, Et Al... jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Justin Plean    on behalf of Creditor    The Bank of New York, Mellon, as Trustee for FIRST HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2007-FA3 bkyecf@rasflaw.com, bkyecf@rasflaw.com;ras@ecf.courtdrive.com  
                                                                                                                                                      TOTAL: 11