Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 15−22801−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Deborah L Bitler                                      Robert J Bitler
   408 Manor Avenue                                      408 Manor Avenue
   Oaklyn, NJ 08107−2420                                 Oaklyn, NJ 08107−2420

Social Security No.:
   xxx−xx−5532                                           xxx−xx−3532

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

   Notice is hereby given that a Plan was confirmed in this matter on October 29, 2015.

   On 11/30/2017 the debtor filed a modification to the Plan.

   Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date:                January 10, 2018
Time:                09:00 AM
Location:            Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street,
Camden, NJ 08101−2067

   Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
   a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
   of a secure claim, such holders acceptance or rejection of the Plan before modification will
   be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
   holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
   the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: December 1, 2017
JAN: kaj

                                                                    Jeanne Naughton
                                                                    Clerk

```
                       United States Bankruptcy Court
                             District of New Jersey

In re:                                                          Case No. 15-22801-ABA
Deborah L Bitler                                                Chapter 13
Robert J Bitler
        Debtors               CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin              Page 1 of 2          Date Rcvd: Dec 01, 2017
                              Form ID: 185             Total Noticed: 49

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 03, 2017.
db/jdb          Deborah L Bitler,    Robert J Bitler,    408 Manor Avenue,    Oaklyn, NJ   08107-2420
cr             +Santander Consumer USA Inc., dba Chrysler Capital,    P.O. Box 562088, Suite 900 North,
                 Dallas, TX 75356-2088
515611050      +Alyssa Creitz,    408 Manor Ave,    Oaklyn, NJ 08107-2420
515611052       Associated Credit Services/TD Bank,     P O Box 9100,   Hopkinton, MA 01748
515611053      +Barclays Bank,    700 Prides Crossing,    Newark, DE 19713-6102
515611056      +CBE Group,    P O Box 2547,   Waterloo, IA 50704-2547
515611057      +CCMUA,    P O Box 1105,   Bellmawr, NJ 08099-5105
515636409      +CHRYSLER CAPITAL,    P.O. BOX 961275,    FORT WORTH, TX 76161-0275
515611054      +Capital One Bank,    Goldman and Warshaw Esq,    P O Box 2500,    Caldwell, NJ 07007-2500
515659806       Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC   28272-1083
515611058       Chase,    P O Box 15298,   Wilmington, DE 19850-5298
515611059      +Chrysler Capital Retail,    P O Box 660335,    Dallas, TX 75266-0335
515611060      +Citi Home Depot,    P O Box 6497,    Sioux Falls, SD 57117-6497
515611062      +Delaware Valley Inst Fertility,    6000 Sagemore Dr Ste 6102,    Marlton, NJ 08053-3900
515611064      +Financial Recoveries/Kennedy,    200 East Park Drive,    Mount Laurel, NJ 08054-1297
515611065       First Premier Bank,    P O Box 5519,    Sioux Falls, SD 57117-5519
515611068      +HSBC,    P O Box 9,   Buffalo, NY 14240-0009
515611069      +HSBC Bank/Direct Merchants,    P O Box 5251,    Carol Stream, IL 60197-5251
515611070       HSBC MC,    P O Box 80084,   Salinas, CA 93912-0084
515611067       Home Depot,    P O Box 689100,    Des Moines, IA 50368-9100
515611071       Juniper,    P O Box 13337,   Philadelphia, PA 19101-3337
515611075      +NCO Financial/ Virtua,    P O Box 15273,    Wilmington, DE 19850-5273
515611074      +Nationstar Mortgage,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
515611076      +Quality Asset Recovery,    7 Foster Ave Suite 101,    Gibbsboro, NJ 08026-1191
515611077       Recon Orth Assoc,    P O Box 757910,    Philadelphia, PA 19175-7910
515790446      +THE BANK OF NEW YORK MELLON,    Nationstar Mortgage LLC,    PO Box 619096,    Dallas TX 75261-9096
515736914      +THE BANK OF NEW YORK MELLON,    c/o Aldridge Pite, LLP,    4375 Jutland Drive, Suite 200,
                 P.O. Box 17933,    San Diego, CA 92177-7921
515611078      +Target,    P O Box 9500,   Minneapolis, MN 55440-9500
515611079       Target National Bank,    P O Box 1581,    Minneapolis, MN 55440-1581
515611080       Verve Continental Finance,    P O Box 8099,    Newark, DE 19714-8099
515611081      +Zucker, Goldberg,    P O Box 1024,    Mountainside, NJ 07092-0024

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 01 2017 23:51:56      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 01 2017 23:51:53      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
515644346       E-mail/Text: ebnbankruptcy@ahm.honda.com Dec 01 2017 23:52:08
                 American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
                 Irving, TX 75016-8088,    866-716-6441
515611051       E-mail/Text: ebnbankruptcy@ahm.honda.com Dec 01 2017 23:52:08      American Honda Finance Co,
                 P O Box 7829,    Philadelphia, PA 19101-7829
515611055       E-mail/Text: bankruptcy@cavps.com Dec 01 2017 23:52:17      Cavalry Portfolio,
                 500 Summit Drive,    Valhalla, NY 10595
515724717      +E-mail/Text: bankruptcy@cavps.com Dec 01 2017 23:52:17      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
515611061      +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Dec 01 2017 23:52:35      Comcast,
                 1 Comcast Center,    Philadelphia, PA 19103-2899
515611063      +E-mail/Text: mrdiscen@discover.com Dec 01 2017 23:51:26      Discover,   P O Box 30421,
                 Salt Lake City, UT 84130-0421
515621874       E-mail/Text: mrdiscen@discover.com Dec 01 2017 23:51:26      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH   43054-3025
515611066      +E-mail/PDF: gecsedi@recoverycorp.com Dec 01 2017 23:47:30      GE Money JC Penney,
                 P O Box 103104,    Roswell, GA 30076-9104
515797404      +E-mail/Text: lisa@galwayfinancialservices.com Dec 01 2017 23:52:55
                 Galway Financial Services LLC,    1290 W Spring St SE,   Suite 270,    Smyrna, GA 30080-3690
515800144       E-mail/Text: bkr@cardworks.com Dec 01 2017 23:51:23      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
515611072       E-mail/Text: bkr@cardworks.com Dec 01 2017 23:51:23      Merrick Bank,    P O Box 9201,
                 Old Bethpage, NY 11804-9001
515611073       E-mail/Text: bkr@cardworks.com Dec 01 2017 23:51:23      Merrick Bank,    P O Box 171379,
                 Salt Lake City, UT 84117-1379
515830547       E-mail/PDF: rmscedi@recoverycorp.com Dec 01 2017 23:47:51      Portfolio Investments II LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
515801155      +E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 01 2017 23:52:15      Premier Bank, LLC,
                 c o Jefferson Capital Systems LLC,    PO BOX 7999,   SAINT CLOUD MN 56302-7999
515801087      +E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 01 2017 23:52:15      Premier Bankcard, Llc,
                 c o Jefferson Capital Systems LLC,    Po Box 7999,   Saint Cloud Mn 56302-7999
515789875      +E-mail/Text: bncmail@w-legal.com Dec 01 2017 23:52:08      TD BANK USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                               TOTAL: 18
```

```
District/off: 0312-1          User: admin              Page 2 of 2                  Date Rcvd: Dec 01, 2017
                              Form ID: 185             Total Noticed: 49
```

```
            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2017 at the address(es) listed below:

```
            Charles G. Wohlrab    on behalf of Creditor    The Bank of New York, Mellon, as Trustee for FIRST
             HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2007-FA3 cwohlrab@logs.com,
             njbankruptcynotifications@logs.com
            David H. James    on behalf of Joint Debtor Robert J Bitler jameslaw.1@netzero.net
            David H. James    on behalf of Debtor Deborah L Bitler jameslaw.1@netzero.net
            Denise E. Carlon    on behalf of Creditor    The Bank of New York, Mellon, Et Al...
             dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
            Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
            Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
             summarymail@standingtrustee.com
            Jane L. McDonald    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
            John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA Inc., dba Chrysler Capital
             ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
            Joshua I. Goldman    on behalf of Creditor    The Bank of New York, Mellon, Et Al...
             jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
            Joshua I. Goldman    on behalf of Creditor    Residential Credit Solutions, Inc.
             jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
            Justin  Plean    on behalf of Creditor    The Bank of New York, Mellon, as Trustee for FIRST
             HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2007-FA3 bkyecf@rasflaw.com,
             bkyecf@rasflaw.com;ras@ecf.courtdrive.com
                                                                                               TOTAL: 11
```