Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                     Case No.:  15−22801−ABA
                     Chapter:  13
                     Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Deborah L Bitler                                Robert J Bitler
   408 Manor Avenue                       408 Manor Avenue
   Oaklyn, NJ 08107−2420               Oaklyn, NJ 08107−2420

Social Security No.:
   xxx−xx−5532                                    xxx−xx−3532

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on March 22, 2018.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: March 22, 2018
JAN: bc

                                                                     Jeanne Naughton
                                                                     Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Deborah L Bitler
Robert J Bitler
    Debtors

Case No. 15-22801-ABA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2     Date Rcvd: Mar 22, 2018
                     Form ID: 148      Total Noticed: 50

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2018.

```
db/jdb         Deborah L Bitler,    Robert J Bitler,    408 Manor Avenue,    Oaklyn, NJ 08107-2420
cr            +Santander Consumer USA Inc., dba Chrysler Capital,    P.O. Box 562088, Suite 900 North,
               Dallas, TX 75356-2088
cr            +THE BANK OF NEW YORK MELLON F/K/A  THE  BANK OF NE,    RAS Crane, LLC,
               10700 Abbott's Bridge Road, suite 170,    Duluth, GA 30097-8461
515611050     +Alyssa Creitz,    408 Manor Ave,    Oaklyn, NJ 08107-2420
515611052      Associated Credit Services/TD Bank,     P O Box 9100,    Hopkinton, MA 01748
515611056     +CBE Group,    P O Box 2547,    Waterloo, IA 50704-2547
515611057     +CCMUA,    P O Box 1105,    Bellmawr, NJ 08099-5105
515611054     +Capital One Bank,    Goldman and Warshaw Esq,    P O Box 2500,    Caldwell, NJ 07007-2500
515611059     +Chrysler Capital Retail,    P O Box 660335,    Dallas, TX 75266-0335
515611062     +Delaware Valley Inst Fertility,    6000 Sagemore Dr Ste 6102,    Marlton, NJ 08053-3900
515611064     +Financial Recoveries/Kennedy,    200 East Park Drive,    Mount Laurel, NJ 08054-1297
515611067      Home Depot,    P O Box 689100,    Des Moines, IA 50368-9100
515611075     +NCO Financial/ Virtua,    P O Box 15273,    Wilmington, DE 19850-5273
515611074     +Nationstar Mortgage,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
515611076     +Quality Asset Recovery,    7 Foster Ave Suite 101,    Gibbsboro, NJ 08026-1191
515611077      Recon Orth Assoc,    P O Box 757910,    Philadelphia, PA 19175-7910
515790446     +THE BANK OF NEW YORK MELLON,    Nationstar Mortgage LLC,    PO Box 619096,    Dallas TX 75261-9096
515736914     +THE BANK OF NEW YORK MELLON,    c/o Aldridge Pite, LLP,    4375 Jutland Drive, Suite 200,
               P.O. Box 17933,    San Diego, CA 92177-7921
515611080      Verve Continental Finance,    P O Box 8099,    Newark, DE 19714-8099
515611081     +Zucker, Goldberg,    P O Box 1024,    Mountainside, NJ 07092-0024
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Mar 22 2018 23:20:30     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 22 2018 23:20:26     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
515644346      EDI: HNDA.COM Mar 23 2018 02:48:00     American Honda Finance Corporation,
               National Bankruptcy Center,    P.O. Box 168088,    Irving, TX 75016-8088,    866-716-6441
515611051      EDI: HNDA.COM Mar 23 2018 02:48:00     American Honda Finance Co,    P O Box 7829,
               Philadelphia, PA 19101-7829
515611053     +EDI: TSYS2.COM Mar 23 2018 02:48:00     Barclays Bank,    700 Prides Crossing,
               Newark, DE 19713-6102
515636409     +EDI: CHRM.COM Mar 23 2018 02:48:00     CHRYSLER CAPITAL,    P.O. BOX 961275,
               FORT WORTH, TX 76161-0275
515659806      EDI: CAPITALONE.COM Mar 23 2018 02:48:00     Capital One Bank (USA), N.A.,    PO Box 71083,
               Charlotte, NC  28272-1083
515611055      E-mail/Text: bankruptcy@cavps.com Mar 22 2018 23:20:46     Cavalry Portfolio,
               500 Summit Drive,    Valhalla, NY 10595
515724717     +E-mail/Text: bankruptcy@cavps.com Mar 22 2018 23:20:47     Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
515611058      EDI: CHASE.COM Mar 23 2018 02:48:00     Chase,    P O Box 15298,    Wilmington, DE 19850-5298
515611060     +EDI: CITICORP.COM Mar 23 2018 02:48:00     Citi Home Depot,    P O Box 6497,
               Sioux Falls, SD 57117-6497
515611061     +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Mar 22 2018 23:21:00     Comcast,
               1 Comcast Center,    Philadelphia, PA 19103-2899
515611063     +EDI: DISCOVER.COM Mar 23 2018 02:48:00     Discover,    P O Box 30421,
               Salt Lake City, UT 84130-0421
515621874      EDI: DISCOVER.COM Mar 23 2018 02:48:00     Discover Bank,    Discover Products Inc,
               PO Box 3025,    New Albany, OH  43054-3025
515611065      EDI: AMINFOFP.COM Mar 23 2018 02:48:00     First Premier Bank,    P O Box 5519,
               Sioux Falls, SD 57117-5519
515611066     +EDI: RMSC.COM Mar 23 2018 02:48:00     GE Money JC Penney,    P O Box 103104,
               Roswell, GA 30076-9104
515797404     +E-mail/Text: lisa@galwayfinancialservices.com Mar 22 2018 23:21:14
               Galway Financial Services LLC,    1290 W Spring St SE,    Suite 270,    Smyrna, GA 30080-3690
515611068     +EDI: HFC.COM Mar 23 2018 02:48:00     HSBC,    P O Box 9,    Buffalo, NY 14240-0009
515611069     +EDI: HFC.COM Mar 23 2018 02:48:00     HSBC Bank/Direct Merchants,    P O Box 5251,
               Carol Stream, IL 60197-5251
515611070      EDI: HFC.COM Mar 23 2018 02:48:00     HSBC MC,    P O Box 80084,    Salinas, CA 93912-0084
515611071      EDI: TSYS2.COM Mar 23 2018 02:48:00     Juniper,    P O Box 13337,    Philadelphia, PA 19101-3337
515800144      EDI: MERRICKBANK.COM Mar 23 2018 02:48:00     MERRICK BANK,    Resurgent Capital Services,
               PO Box 10368,    Greenville, SC 29603-0368
515611072     +EDI: MERRICKBANK.COM Mar 23 2018 02:48:00     Merrick Bank,    P O Box 9201,
               Old Bethpage, NY 11804-9001
515611073      EDI: MERRICKBANK.COM Mar 23 2018 02:48:00     Merrick Bank,    P O Box 171379,
               Salt Lake City, UT 84117-1379
515830547      EDI: RECOVERYCORP.COM Mar 23 2018 02:48:00     Portfolio Investments II LLC,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
```

```
District/off: 0312-1           User: admin              Page 2 of 2              Date Rcvd: Mar 22, 2018
                               Form ID: 148             Total Noticed: 50

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
515801155      +EDI: JEFFERSONCAP.COM Mar 23 2018 02:48:00      Premier Bank, LLC,
                 c o Jefferson Capital Systems LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
515801087      +EDI: JEFFERSONCAP.COM Mar 23 2018 02:48:00      Premier Bankcard, Llc,
                 c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
515789875      +E-mail/Text: bncmail@w-legal.com Mar 22 2018 23:20:37      TD BANK USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
515611078      +EDI: WTRRNBANK.COM Mar 23 2018 02:48:00      Target,    P O Box 9500,
                 Minneapolis, MN 55440-9500
515611079       EDI: WTRRNBANK.COM Mar 23 2018 02:48:00      Target National Bank,    P O Box 1581,
                 Minneapolis, MN 55440-1581
                                                                                              TOTAL: 30

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2018                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 22, 2018 at the address(es) listed below:
              Charles G. Wohlrab    on behalf of Creditor    The Bank of New York, Mellon, as Trustee for FIRST
               HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2007-FA3 cwohlrab@logs.com,
               njbankruptcynotifications@logs.com
              David H. James    on behalf of Joint Debtor Robert J Bitler jameslaw.1@netzero.net
              David H. James    on behalf of Debtor Deborah L Bitler jameslaw.1@netzero.net
              Denise E. Carlon    on behalf of Creditor    The Bank of New York, Mellon, Et Al...
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Jane L. McDonald    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA Inc., dba Chrysler Capital
               ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Joshua I. Goldman    on behalf of Creditor    The Bank of New York, Mellon, Et Al...
               jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    Residential Credit Solutions, Inc.
               jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
              Justin Plean    on behalf of Creditor    The Bank of New York, Mellon, as Trustee for FIRST
               HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2007-FA3 bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;ras@ecf.courtdrive.com
              Laura M. Egerman    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A  THE  BANK OF NEW
               YORK AS TRUSTEE bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com
                                                                                              TOTAL: 12